THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDGAR GUERRERO APODACA,<br><br>Plaintiff,<br><br>v.<br><br>EATON CORPORATION, a Foreign Profit Corporation,<br><br>Defendant. | CASE NO. C20-1064-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to permit David Fitzpatrick and Ryan McDade to intervene pursuant to Federal Rule of Civil Procedure 24(b) (Dkt. No. 23). Intervenors have an independent ground for jurisdiction, the motion was timely filed, and there is a common question of law and fact between Intervenors' claims and those of Plaintiff Apodaca in the main action. *See Blum v. Merrill Lynch Pierce Fenner & Smith Inc.*, 712 F.3d 1349, 1353 (9th Cir. 2013). The Court therefore GRANTS the motion and PERMITS David Fitzpatrick and Ryan McDade to intervene.

//

//

MINUTE ORDER
C20-1064-JCC
PAGE - 1

DATED this 8th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk