THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDGAR GUERRERO APODACA, | CASE NO. C20-1064 JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EATON CORPORATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date. Having considered the motion and the record, the Court finds that good cause exists. The Court GRANTS the motion and ORDERS that trial in this matter be CONTINUED to **July 18, 2022**, and that the civil trial scheduling order be modified as follows:

| | |
|---|---|
| Deadline of expert testimony under Fed. R. Civ. P. 26(a)(2) | January 14, 2022 |
| Discovery cutoff | March 22, 2022 |
| Rule 39.1 Mediation Deadline | March 31, 2022 |
| Deadline for dispositive motions and challenging expert testimony | April 19, 2022 |
| Deadline for filing all motions *in limine* | June 17, 2022 |
| Deadline for proposed agreed Pretrial Order | June 18, 2022 |

| Trial briefs, proposed jury instructions, proposed voir dire | July 11, 2022 |
|---|---|
| **Jury Trial (8–10 days)** | **July 18, 2022** |

DATED this 5th day of August 2021.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk