THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDGAR GUERRERO APODACA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EATON CORPORATION,<br><br>　　　　Defendant. | CASE NO. C20-1064-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Finding good cause, the Court GRANTS the parties' stipulated motion to extend the deadline for expert disclosures (Dkt. No. 35). It is hereby ORDERED that the deadline for expert disclosures under Federal Rule of Civil Procedure 26(a)(2) is now February 28, 2022.

DATED this 1st day of December 2021.

　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　s/Sandra Rawski
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C20-1064-JCC
PAGE - 1