The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDGAR GUERRERO APODACA,

    Plaintiff,

v.

EATON CORPORATION,

    Defendant.

DAVID FITZPATRICK, and RYAN MCDADE,

    Intervention Plaintiffs,

v.

EATON CORPORATION, a Foreign Profit Corporation,

    Intervention Defendant.

No. 2:20-cv-01064-TL

**STIPULATED MOTION AND (PROPOSED) ORDER FOR LIMITED EXTENSION OF DISCOVERY CUTOFF**

## STIPULATED MOTION

The Parties to this action respectfully request that the Court grant a limited extension of the discovery cutoff by one week, from October 14, 2022 to October 21, 2022, for the sole purpose of accommodating the scheduling of one deposition that remains outstanding.

STIPULATED MOTION AND ORDER FOR LIMITED EXTENSION OF DISCOVERY CUTOFF– 1

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

The Court's March 7, 2022 Order Resetting Jury Trial Date and Related Dates set a discovery cutoff of October 3, 2022. Dkt. No. 41. On September 16, 2022, pursuant to the Court's Standing Order for Civil Cases, the parties submitted a notice stipulating to extend the discovery cutoff to October 14, 2022. Dkt. No. 43.

Since that date, the parties have worked diligently and cooperatively to schedule all remaining discovery and depositions to occur by October 14, 2022. The Federal Rule of Civil Procedure 30(b)(6) deposition of Defendant Eaton Corporation was previously scheduled to occur on Thursday, October 6. Unfortunately, Eaton Corporation's designee was forced to postpone that deposition due to an urgent family medical issue. Plaintiffs' counsel have agreed to reschedule the deposition, and the parties have worked cooperatively to tentatively re-set the deposition to go forward on Friday, October 21, 2022 at 8:00 a.m. PST.

Accordingly, the parties request that the Court grant this limited extension of the October 14 discovery cutoff for the sole purpose of conducting the Federal Rule of Civil Procedure 30(b)(6) deposition of Eaton Corporation on October 21. The parties respectfully submit that good cause exists to grant this extension in light of the parties' diligent efforts to complete discovery within the existing cutoff; the unavoidable nature of the postponement of this deposition; and the fact that granting this limited request for the sole purpose of completing this final remaining deposition will not disrupt any other aspect of the case schedule.

STIPULATED AND AGREED this 18th day of October, 2022.

| | |
|---|---|
| CORR CRONIN LLP | PETERSON WAMPOLD ROSATO FELDMAN LUNA |
| *s/ Kelly H. Sheridan* <br> Kelly H. Sheridan, WSBA No. 44746 <br> Eric A. Lindberg, WSBA No. 43596 <br> Lucio E. Maldonado, WSBA No. 54279 <br> 1015 Second Avenue, 10th Floor | *s/ Tomas Gahan* <br> Felix Gavi Luna, WSBA No. 27087 <br> Tomás Gahan, WSBA No. 32779 <br> 1501 4th Avenue, Suite 2800 |

STIPULATED MOTION AND ORDER FOR LIMITED
EXTENSION OF DISCOVERY CUTOFF– 2

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| Seattle, WA 98104<br>(206) 625-8600 Phone;<br>(206) 625-0900 Fax<br>ksheridan@corrcronin.com<br>elindberg@corrcronin.com<br>lmaldonado@corrcronin.com<br><br>TUCKER ELLIS LLP<br><br>Monica W. Monroe, *Admitted pro hac vice*<br>Traci L. Shafroth, *Admitted pro hac vice*<br>201 Mission Street, Suite 2310<br>San Francisco, CA 94105<br>(415) 617-2400 Phone<br>monica.monroe@tuckerellis.com<br>traci.shafroth@tuckerellis.com<br><br>*Attorneys for Defendant* | Seattle, WA 98101-3677<br>(206) 624-6800 Phone<br>(206) 682-1415 Fax<br>luna@pwrfl-law.com<br>gahan@pwrfl-law.com<br><br>*Attorneys for Plaintiff Apodaca*<br><br>HOLT WOODS & SCISCIANI LLP<br><br>s/ *Christopher A. Luhrs*<br>Anthony R. Scisciani III, WSBA No. 32342<br>Christopher A. Luhrs, WSBA No. 43175<br>Kelsey L. Shewbert, WSBA No. 51214<br>701 Pike Street, Suite 2200<br>Seattle, WA 98101<br>(206) 262-1200 Phone<br>(206) 223-4065 Fax<br>ascisciani@hwslawgroup.com<br>cluhrs@hwslawgroup.com<br>kshewbert@hwslawgroup.com<br><br>*Attorneys for Plaintiffs Fitzpatrick and McDade* |

STIPULATED MOTION AND ORDER FOR LIMITED EXTENSION OF DISCOVERY CUTOFF– 3

### ORDER

Based upon the parties' Stipulated Motion and Order for Limited Extension of Discovery Cutoff, the Court hereby finds good cause to GRANT the parties' stipulated motion. The October 14, 2022 discovery cutoff in this matter is extended to October 21, 2022 for the sole purpose of conducting the Federal Rule of Civil Procedure 30(b)(6) deposition of Defendant Eaton Corporation on October 21, 2022.

SO ORDERED this <u>19th</u> day of <u>October</u> 2022.

_____
Tana Lin
United States District Judge

Presented by:

CORR CRONIN LLP

<u>s/ Kelly H. Sheridan</u>
Kelly H. Sheridan, WSBA No. 44746
Eric A. Lindberg, WSBA No. 43596
Lucio E. Maldonado, WSBA No. 54279
1015 Second Avenue, 10th Floor
Seattle, WA 98104
(206) 625-8600 Phone;
(206) 625-0900 Fax
ksheridan@corrcronin.com
elindberg@corrcronin.com
lmaldonado@corrcronin.com

TUCKER ELLIS LLP

Monica W. Monroe, *Admitted pro hac vice*
Traci L. Shafroth, *Admitted pro hac vice*

STIPULATED MOTION AND ORDER FOR LIMITED
EXTENSION OF DISCOVERY CUTOFF– 4

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| 1 | 201 Mission Street, Suite 2310 |
| 2 | San Francisco, CA  94105 |
|   | (415) 617-2400 Phone |
| 3 | monica.monroe@tuckerellis.com |
|   | traci.shafroth@tuckerellis.com |
| 4 | |
| 5 | *Attorneys for Defendant* |
| 6 | PETERSON WAMPOLD ROSATO FELDMAN LUNA |
| 7 | |
| 8 | *s/ Tomas Gahan* |
|   | Felix Gavi Luna, WSBA No. 27087 |
| 9 | Tomás Gahan, WSBA No. 32779 |
|   | 1501 4th Avenue, Suite 2800 |
| 10 | Seattle, WA  98101-3677 |
|    | (206) 624-6800 Phone |
| 11 | (206) 682-1415 Fax |
|    | luna@pwrfl-law.com |
| 12 | gahan@pwrfl-law.com |
| 13 | *Attorneys for Plaintiff Apodaca* |
| 14 | HOLT WOODS & SCISCIANI LLP |
| 15 | |
| 16 | *s/ Christopher A. Luhrs* |
|    | Anthony R. Scisciani III, WSBA No. 32342 |
| 17 | Christopher A. Luhrs, WSBA No. 43175 |
|    | Kelsey L. Shewbert, WSBA No. 51214 |
| 18 | 701 Pike Street, Suite 2200 |
|    | Seattle, WA 98101 |
| 19 | (206) 262-1200 Phone |
|    | (206) 223-4065 Fax |
| 20 | ascisciani@hwslawgroup.com |
|    | cluhrs@hwslawgroup.com |
| 21 | kshewbert@hwslawgroup.com |
| 22 | *Attorneys for Plaintiffs Fitzpatrick and McDade* |

STIPULATED MOTION AND ORDER FOR LIMITED EXTENSION OF DISCOVERY CUTOFF– 5

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900