1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDGAR GUERRERO APODACA,<br><br>           Plaintiff(s),<br><br>   v.<br><br>EATON CORPORATION,<br><br>           Defendant(s).<br><br>DAVID FITZPATRICK, and RYAN MCDADE,<br><br>           Intervention Plaintiffs,<br><br>   v.<br><br>EATON CORPORATION,<br><br>           Intervention Defendant | CASE NO. 2:20-cv-01064-TL<br><br>MINUTE ORDER |

MINUTE ORDER - 1

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Yesterday, January 25, 2023, the Court received notice from Defendant that it had reached a partial settlement in this case and intends to file a stipulated dismissal of Plaintiff Edgar Guerrero Apodaca's claims. Dkt. No. 97.

(2) The Court is currently in the process of preparing rulings on several motions to which Mr. Apodaca has either joined or opposed. *See* Dkt. Nos. 58, 61, 63, 74.

(3) The Court therefore directs the Parties to inform the Court of their respective positions regarding how the potential partial settlement of Mr. Apodaca's claims affects any of the currently pending motions, if at all. Each position statement must not exceed **three (3) pages**. The Parties' will not be allowed to file responses to each other's statements. The Parties alternatively may, but are not required to, file a joint statement, so long as each Party's position is clearly stated. The joint statement must not exceed **three (3) pages** per participating Party.

(4) The Parties statements must be received by the Court **no later than Monday, January 30, 2023**.

Dated this 26th day of January 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 2