HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDGAR GUERRERO APODACA,<br><br>           Plaintiff,<br><br>v.<br><br>EATON CORPORATION,<br><br>           Defendant.<br><br>DAVID FITZPATRICK, and RYAN MCDADE,<br><br>           Intervention Plaintiffs,<br><br>v.<br><br>EATON CORPORATION, a Foreign Profit Corporation,<br><br>           Intervention Defendant. | No. 2:20-cv-01064-TL<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF EDGAR GUERRERO APODACA AND DEFENDANT EATON CORPORATION** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff Edgar Guerrero Apodaca ("Plaintiff") and Defendant Eaton Corporation ("Defendant Eaton"), through their respective attorneys, that all claims asserted by Plaintiff against Defendant Eaton shall be dismissed with prejudice and without an award of costs or attorneys' fees to any party.

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT
EATON CORPORATION (PROPOSED) – 1
(Case No. 2:20-cv-01064-TL)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1
2     DATED: February 8, 2023
3

| CORR CRONIN LLP | PETERSON \| WAMPOLD ROSATO \| FELDMAN \| LUNA |
|---|---|
| *s/ Kelly H. Sheridan*<br>Kelly H. Sheridan, WSBA No. 44746<br>Eric A. Lindberg, WSBA No. 43596<br>Lucio E. Maldonado, WSBA No. 54279<br>1015 Second Avenue, Floor 10<br>Seattle, Washington 98104<br>(206) 625-8600 Phone<br>ksheridan@corrcronin.com<br>elindberg@corrcronin.com<br>lmaldonado@corrcronin.com<br><br>*Attorneys for Defendant/Intervention Defendant Eaton Corporation* | *s/ Felix G. Luna*<br>Tomás A. Gahan, WSBA No. 32779<br>Felix G. Luna, WSBA No. 27087<br>1501 4th Avenue, Suite 2800<br>Seattle, WA 98101<br>(206) 624-6800 Phone<br>gahan@pwrfl-law.com<br>luna@pwrfl-law.com<br><br>*Attorneys for Plaintiff* |
| TUCKER ELLIS LLP<br><br>*s/ Monica W. Monroe*<br>Monica W. Monroe, Pro Hac Vice<br>Traci L. Shafroth, Pro Hac Vice<br>Tucker Ellis LLP<br>201 Mission Street, Suite 2310<br>San Francisco, CA 94105<br>(415) 617-2400 Phone<br>monica.monroe@tuckerellis.com<br>traci.shafroth@tuckerellis.com<br><br>*Attorneys for Defendant/Intervention Defendant Eaton Corporation* | |

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT
EATON CORPORATION ~~(PROPOSED)~~ – 2
(Case No. 2:20-cv-01064-TL)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

# ORDER

This matter comes before the Court on Plaintiff and Defendant Eaton's Stipulation and Order of Dismissal (Dkt. No. 110). The Court, having reviewed and considered the materials filed on the issues and being fully advised, ORDERS that all claims asserted by Plaintiff Edgar Guerrero Apodaca against Defendant Eaton Corporation are DISMISSED with prejudice and without an award of costs or attorney fees to any party.

IT IS SO ORDERED.

Dated this 8th day of February 2023.

Tana Lin
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Kelly H. Sheridan*
Kelly H. Sheridan, WSBA No. 44746
Eric A. Lindberg, WSBA No. 43596
Lucio E. Maldonado, WSBA No. 54279
1015 Second Avenue, Floor 10
Seattle, Washington  98104
(206) 625-8600 Phone
ksheridan@corrcronin.com
elindberg@corrcronin.com
lmaldonado@corrcronin.com


TUCKER ELLIS LLP


*s/ Monica W. Monroe*
Monica W. Monroe, *admitted pro hac vice*
Traci L. Shafroth, *admitted pro hac vice*
201 Mission Street, Suite 2310
San Francisco, CA  94105
(415) 617-2400 Phone

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT
EATON CORPORATION (PROPOSED) – 3
(Case No. 2:20-cv-01064-TL)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

monica.monroe@tuckerellis.com
traci.shafroth@tuckerellis.com

*Attorneys for Defendant/Intervention Defendant Eaton Corporation*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EATON CORPORATION ~~(PROPOSED)~~ – 4
(Case No. 2:20-cv-01064-TL)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900