UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDGAR GUERRERO APODACA,<br><br>        Plaintiff,<br><br>   v.<br><br>EATON CORPORATION,<br><br>        Defendant.<br><br>DAVID FITZPATRICK, and RYAN MCDADE,<br><br>        Intervenor Plaintiffs,<br><br>   v.<br><br>EATON CORPORATION,<br><br>        Intervenor Defendant | CASE NO. 2:20-cv-01064-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

MINUTE ORDER - 1

The Parties having informed the Court of the settlement of former Plaintiff Edgar Guerrero Apodaca's claims against Defendant Eaton Corporation (Dkt. No. 97), the Court previously dismissed Mr. Apodaca from this case (Dkt. No. 111).

As Plaintiff Edgar Guerrero Apodaca is no longer a party to the case and to avoid potential confusion to the jury, the caption of this matter is hereby amended as follows:

> DAVID FITZPATRICK, and RYAN MCDADE,
>
>                 Intervenor Plaintiffs,
>
>    v.
>
> EATON CORPORATION,
>
>                 Intervenor Defendant

Dated this 2nd day of March 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk
