UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID FITZPATRICK, and RYAN MCDADE,<br><br>　　　　　　Intervenor Plaintiffs,<br><br>　　v.<br><br>EATON CORPORATION,<br><br>　　　　　　Intervenor Defendant. | CASE NO. 2:20-cv-01064-TL<br><br>MINUTE ORDER |

　　The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

　　The Court ALLOWS the Parties, the attorneys and their staff, and empaneled petit jurors in this case to bring food and drinks into the courthouse for the duration of the trial as well as jury deliberations. The trial begins on Monday, March 6, 2023, and is expected to run through Friday, March 17, 2023, in Courtroom 14B.

　　Dated this 3rd day of March 2023.

　　　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　　　　s/ Kadya Peter
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1