UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID FITZPATRICK, and RYAN MCDADE,<br><br>                    Intervenor Plaintiffs,<br>     v.<br><br>EATON CORPORATION,<br><br>                    Intervenor Defendant. | CASE NO. 2:20-cv-01064-TL<br><br>ORDER |

This matter comes before the Court on the Parties' stipulated motion for dismissal with prejudice. Dkt. No. 147. The stipulated motion is GRANTED. The Court's prior dismissal order of the Intervenor Plaintiffs David Fitzpatrick and Ryan McDade's claims against Defendant Eaton Corporation (Dkt. No. 146) is AMENDED as follows: All claims asserted by the Intervenor Plaintiffs against Defendant are DISMISSED *with prejudice* and without costs or fees.

Dated this 2nd day of May 2023.

Tana Lin
United States District Judge

ORDER - 1